ACCEPTED
06-15-00009-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 11:59:45 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00009-CR

| | | |
|---|---|---|
| **CHRISTIAN SIBLEY** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 11:59:45 AM
DEBBIE AUTREY
Clerk

## STATE'S FIRST MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due Monday, June 8, 2015, and I have not completed it. This is the State's first motion to extend time in this case.

2. The State seeks an additional 21 days, until Friday, June 26, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

In the past 30 days the undersigned attorney has worked on the following:

A. Appellate brief in aggravated robbery case:

1. *Cinque Ross v. State,* 06-14-00157-CR (8 volumes, 4 issues) filed Monday, May 11, 2015 after one extension.
2. *King v. State,* 06-14-00166 –CR due June 1, 2015, filed May 21, 2015 after one extension.
3. *Nelson v. State*, 06-14-00204-CR filed today after a third extension.

B.	Responses to habeas applications:

    1.	*Ex parte Matthew Spratling,* due June 1, 2015, filed May 26

C.	Protracted motion for new trial, alleging ineffective assistance of counsel, *State v. Hudgins,* 43,645 B, with hearings held on May 22 and June 1 until 5:45 p.m.

4.	In the next 30 days the undersigned attorney has briefing deadlines in the following cases in addition to this one:

A.	Habeas responses and proposed orders:

    1. Ricky Spratling, 26,307-B-H- 1

    2 Robert Wyatt 40788 A-H-1

    3 Timothy Player  42164 A-H-1

B.	Proposed order in DNA Motion

    1.	*Bennie Guy v. State*, 23,613-B  received April 21, 2015.

5.	I will be taking a vacation from June 26 to July 15, to China, and expect to finish this brief before I leave.

6.	Appellant relies on the following facts as good cause for the requested extension:  The undersigned attorney has completed three briefs, one habeas response, and a motion for new trial within the last thirty days, and has been absent from the county for more than three days. In order to give this brief the attention it deserves, I must ask for an extension.

.

7. This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/Zan Colson Brown

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Clement Dunn
140 E Tyler, Suite 240
Longview, Texas 75601
clementdunn@aol.com

This 5th day of June, 2015.

/s/ **ZanColsonBrown**

Zan Colson Brown
Assistant District Attorney